RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>v.<br><br>**JULIO HERRERA VELUTINI** Defendant. | **INFORMATION**<br><br>Criminal No. 25-297-SCC |

The United States Attorney Charges:

### COUNT ONE
### Contribution by a Foreign National
### 52 U.S.C. § 30121

From on or about March of 2020 to on or about June of 2020, Julio Herrera Velutini, a foreign national, aided and abetted by others, did knowingly and willfully make an express or implied promise to make a contribution in connection with the New Progressive Party's primary election for Governor of Puerto Rico, aggregating more than $2,000, during a calendar year, all in violation of 52 U.S.C. § 30121 (Contribution by a Foreign National) and § 30109(d)(1)(A)(ii) (Penalties for Violations) and 18 U.S.C. § 2.

W. STEPHEN MULDROW
United States Attorney

By: _____
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney