IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | Case No. __3:25-cr-00297__ |
| v. | |
| JULIO M. HERRERA VELUTINI | |
| Defendant | |

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, _____Alex Spiro_____, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of

_____Quinn Emanuel Urquhart & Sullivan_____, with offices at:

| Address | 295 Fifth Avenue |
|---|---|
| | New York, NY 10016-7103 |
| Email | alexspiro@quinnemanuel.com |
| Telephone No. | (212) 849-7000 |
| Fax No. | (212) 849-7100 |

2. Applicant will sign all pleadings with the name _____Alex Spiro_____.

3. Applicant has been retained personally or as a member of the above-named firm by _____Julio Herrera_____ to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since __December 9, 2008__, applicant has been and presently is a member in good standing of the bar of the highest court of the State of _____New York_____, where applicant regularly practices law. Applicant's bar license number is ____4656542____.

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York Southern District | 08/06/2013 |
| New York Eastern District | 08/07/2013 |
| New York State | 12/09/2008 |
| 2nd Circuit | 02/25/2019 |
| 9th Circuit | 12/28/2022 |
| US Supreme Court | 04/15/2019 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
|  |  |
|  |  |
|  |  |

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only.  You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Sonia Torres-Pabon |
| USDC-PR Bar No. | 209310 |
| Address | Called DE LA Tanca, Suite 401 |
| | San Juan, Puerto Rico |
| Email | Sonia.Torres@us.dlapiper.com |
| Telephone No. | (787) 954-9120 |
| Fax No. | (939) 697-6072 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____July 8, 2025_____.

_____Alex Spiro_____
Printed Name of Applicant

_[signature]_
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: _July 8, 2025_.

_Sonia Torres-Pabon_
Printed Name of Local Counsel

_[signature]_
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_[signature]_
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
**United States District Judge**

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.