IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>    v.<br><br>JULIO M. HERRERA VELUTINI,<br>Defendant. | CRIMINAL NO. 25-297(SCC) |

### JOINT MOTION IN COMPLIANCE

COMES NOW the United States of America by and through the undersigned attorney and before this Honorable Court very respectfully states and prays as follows:

In compliance with the Court's Order of July 8, 2025 in CR 22-342(SCC), the parties respectfully submit the following:

1. The United States is available to attend the arraignment and plea hearing on any date in the foreseeable future.

2. Counsel for defendant Julio Herrera Velutini are available to attend the arraignment and plea hearing on the following dates, pending the coordination of a visa for defendant Julio Herrera Velutini:

    a. August 26, 2025

    b. August 27, 2025

WHEREFORE, the parties request that the Court take note of the above and set the arraignment and plea hearing accordingly.

Respectfully submitted on this 15th day of July, 2025 in San Juan, Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system.

W. STEPHEN MULDROW
United States Attorney

 s/ Seth A. Erbe
SETH A. ERBE
USDC-PR No. 220807
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656
seth.a.erbe@usdoj.gov